

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-93,334-01

### IN RE JOHN ANTHONY BUCHANAN, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 1618854 IN THE 339TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*. McCLURE, J., not participating.

### O R D E R

Relator filed a motion for leave to file and a petition for a writ of mandamus, invoking our constitutional authority to issue writs of mandamus in criminal law matters. TEX. CONST. art. V, § 5. Relator contends, among other things, that the trial judge impermissibly interfered with the attorney-client relationship by *sua sponte* replacing appointed counsel, Assistant Public Defender Damon Parrish II, without having a principled reason apparent from the record. *See Buntion v. Harmon*, 827 S.W.2d 945 (Tex. Crim. App. 1992). Relator first filed a petition for a writ of mandamus in the First Court of Appeals, seeking an order to compel the trial judge to vacate her order appointing Anna Lee Moseley as counsel, perform a proper indigency determination, and

reinstate Parrish as counsel. *In re Buchanan*, No. 01-21-00336-CR (Tex. App.—Houston [1st], Sept. 14, 2021) (not designated for publication). The Court of Appeals denied relief without comment. *Id.* Relator now seeks mandamus relief in this Court.

Respondent, Honorable Teiva Bell of the 339th District Court in Harris County, is ordered to file a response with this Court and may include any exhibits in support of the response. Any real parties in interest, including Damon Parish II and Anna Lee Moseley, may also submit responses. Any responses shall be submitted within 30 days of the date of this order.

The motion for leave to file a petition for a writ of mandamus will be held in abeyance until Respondent has submitted her response. The proceedings in Harris County Cause Number 1618854 are stayed pending further order of this Court.

Filed:   January 12, 2022
Do not publish